IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELVIN SPEIGHT** | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | NO. 04-4110 |
| v. | : | |
| | : | |
| **JEFFREY BEARD,** *et al.* | : | |
| *Respondents* | : | |

# ORDER

**AND NOW**, this 7th day of March 2017, upon consideration of the counseled Petition for Writ of *Habeas Corpus* filed on behalf of Petitioner Melvin Speight ("Petitioner"), [ECF 8, 31], the pleadings and record herein, and after a careful and independent review of the *Report and Recommendation* submitted by United States Magistrate Judge Linda K. Caracappa ("the Magistrate Judge"), [ECF 115], Petitioner's objections thereto, [ECF 120], Respondents' response to the objections, [ECF 126], Petitioner's notice of supplemental authority, [ECF 127], and Respondents' response thereto, [ECF 128], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion filed on this day, that:

1. Petitioner's objections are **OVERRULED**.

2. The *Report and Recommendation* is **APPROVED** and **ADOPTED**.

3. With respect to the penalty of death, upon agreement of Petitioner and Respondents, the petition for a writ of *habeas corpus* is **GRANTED**, and Petitioner's case is remanded to the Commonwealth of Pennsylvania for re-sentencing.

4. With respect to the guilty phase of Petitioner's trial, the petition for writ of *habeas corpus* is **DENIED** and **DISMISSED** with prejudice.

5. Petitioner's motion for discovery, [ECF 99], is **DENIED**.

6. Petitioner's motion for oral argument on the discovery motion, [ECF 111], is **DENIED**.

7. There is no probable cause to issue a certificate of appealability.

8. The Clerk of Court shall mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*